FILED
March 23, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>              Plaintiff,                  )<br>v.                                                    )<br>                                                          )<br>MICHAEL GAINES,                     )<br>                                                          )<br>              Defendant.             )<br>_____) | Case No. 11MJ00086-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL GAINES , Case No.  11MJ00086-GGH , Charge  Supervise Release Violation , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __   Release on Personal Recognizance

  __   Bail Posted in the Sum of $_____

     __   Unsecured Appearance Bond

     __   Appearance Bond with 10% Deposit

     __   Appearance Bond with Surety

     __   Corporate Surety Bail Bond

  ✔   (Other)         Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 23, 2011  at  2:00 pm .

                                            By   /s/ Gregory G. Hollows
                                                    Gregory G. Hollows
                                                    United States Magistrate Judge

Copy 5 - Court